JAMES E. HUGHES, Respondent, *v.* THE BREAKWATER COMPANY, Appellant.

*Hughes* v. *Breakwater Co.*, 163 App. Div. 943, affirmed.
(Argued April 5, 1917; decided April 24, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The Breakwater Construction and Engineering Company being indebted to Albert N. Hughes, was declared a bankrupt by the District Court of the United States for the Southern District of New York. The property and assets of the bankrupt were sold by the receiver to one Charles H. Gale and were transferred by him to the defendant. On or about February 3, 1910, the defendant, for a valuable consideration, at a meeting of the board of directors thereof, assumed the debt of the Breakwater Construction and Engineering Company to the said Albert N. Hughes to the extent of $3,713.75. Albert N. Hughes having died, his executrix duly assigned his claim against the defendant to the plaintiff. On or about December 16, 1912, the defendant paid to the plaintiff the sum of $500 on account of said indebtedness, and having failed to pay the balance, this suit was brought to recover the same with interest. The defense was lack of consideration and *ultra vires.*

*Gordon S. P. Kleeberg* and *Emanuel J. Myers* for appellant.

*Horace L. Cheyney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.